1  Pamela J. Wong, California State Bar No. 214013
   Email: Pamela.J.Wong@Bakernet.com
2  **BAKER & MCKENZIE LLP**
   101 West Broadway, Twelfth Floor
3  San Diego, CA 92101-3890
   Telephone +1 619 236 1441
4  Facsimile +1 619 236 0429

5  Lisa H. Meyerhoff (admitted *pro hac vice*)
   Email: Lisa.Meyerhoff@Bakernet.com
6  Texas Bar No. 14000255
   **BAKER & MCKENZIE LLP**
7  2300 Trammell Crow Center
   2001 Ross Avenue
8  Dallas, TX 75201
   Telephone +1 214 978 3035
9  Facsimile +1 214 978 3099

10 Attorneys for Plaintiffs Minka Lighting, Inc. and
   Jen-Lung David Tai
11

12 Kit M. Stetina, California State Bar No.82,977
   Stephen S. Vegh, California State Bar No. 174,713
13 Email: litigate@stetinalaw.com
   **STETINA BRUNDA GARRED & BRUCKER**
14 75 Enterprise, Suite 250
   Aliso Viejo, CA 92656
15 Telephone 949 855 1246
   Facsimile 949 855 6371
16
   Attorneys for Defendants Light N Leisure Mass. Bus.
17 Trust, William Greenberg, Sandra Canning, Thomas
   Canning, Light N Leisure, Inc., LightNLeisure.com,
18 LLC, and Paul Diperna

19

UNITED STATES DISTRICT COURT

20

CENTRAL DISTRICT OF CALIFORNIA

21

EASTERN DIVISION

22

| | |
|---|---|
| MINKA LIGHTING, INC. and JEN-LUNG DAVID TAI, | Case No. ED CV 05-01015 SGL |
| Plaintiffs, | |
| v. | [PROPOSED] ORDER ENTERING STIPULATED PRELIMINARY INJUNCTION BETWEEN PLAINTIFFS AND DEFENDANTS LIGHT 'N LEISURE |
| RELIANCE LIGHTING, INC., ET AL, | |
| Defendants. | |

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

FILED
CLERK US DISTRICT COURT
JAN - 5 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JAN - 6 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

DOCKETED ON CM
JAN - 6 2006
BY                    001

|   |   |
|---|---|
| 1 | **MASSACHUSETTS BUSINESS** |
| 2 | **TRUST, WILLIAM GREENBERG,** |
|   | **SANDRA CANNING, THOMAS** |
| 3 | **CANNING, LIGHT 'N LEISURE,** |
| 4 | **INC., LIGHTNLEISURE.COM,** |
|   | **LLC, AND PAUL DIPERNA** |
| 5 | |
| 6 | **HEARING DATE AND TIME:** |
| 7 | **JANUARY 9, 2006 3:00 P.M.** |

8    On December 16, 2005, Plaintiffs Minka Lighting, Inc. and Jen-Lung David Tai

9

10  (collectively "Plaintiffs") filed their Notice of Motion for Preliminary Injunction

11  (Plaintiffs' Preliminary Injunction Motion") and Memorandum in Support of

12  Preliminary Injunction ("Plaintiffs' Memorandum") in which Plaintiffs requested that

13

14  the Court enter a preliminary injunction as to all Defendants in the above-captioned

15  lawsuit.

16  Before the Court is the [Proposed] Order Entering Stipulated Preliminary

17

18  Injunction filed by Plaintiffs and Defendants Light N Leisure Massachusetts Business

19  Trust, William Greenberg, Sandra Canning, Thomas Canning, Light 'N Leisure, Inc.,

20  Lightnleisure.com, LLC, and Paul Diperna (collectively the "Light 'N Leisure

21

22  Defendants").

23  Plaintiffs and the Light 'N Leisure Defendants stipulate and agree that the Court

24  has jurisdiction over Plaintiffs, the Light 'N Leisure Defendants, and the subject

25

26  matter in this case.

27  As evidenced by the Declaration of William Greenberg, on behalf of himself

28  and the remaining Light 'N Leisure Defendants, attached hereto as Exhibit F, the

Light 'N Leisure Defendants represent and warrant that the IMPRESS ceiling fan has not been offered for sale or sold by any of the Light 'N Leisure Defendants after November 9, 2005. As further evidenced by the Declaration of William Greenberg, the Light 'N Leisure Defendants, without admitting liability or wrongdoing and without waiving their right to contest the validity, enforceability, and infringement of Plaintiff's patents, trademarks, trade dress, and copyrights in this action, further represent and warrant not to make, import, use, reproduce, distribute, market, transfer, publicly display, offer for sale, or sell the IMPRESS ceiling fan, its attendant packaging and associated designations and/or verbiage during the pendency of the above-captioned lawsuit. As further evidenced by the Declaration of William Greenberg, the Light 'N Leisure Defendants represent and warrant that the only ceiling fan made by Blue Sky Global or having any indication as having been manufactured or distributed by Blue Sky Global and offered for sale or sold by the Light 'N Leisure Defendants is the IMPRESS ceiling fan.

The Court therefore ORDERS that Defendants Light 'N Leisure Massachusetts Business Trust, William Greenberg, Sandra Canning, Thomas Canning, Light 'N Leisure, Inc., Lightnleisure.com, LLC, and Paul Diperna, together with their officers, directors, employees, agents, attorneys and all others acting in concert or participation with them who receive actual notice of this Order, are enjoined during the pendency of this litigation, from:

(1) directly or indirectly making, importing, using, offering for sale, selling, causing to be sold, or in any way distributing any ceiling fan identical or substantially similar to the IMPRESS ceiling fan (excluding the Minka CONCEPT II ceiling fan), a photo of which is attached hereto as Exhibit A;

(2) reproducing, distributing, marketing, selling, transferring or publicly displaying any packaging identical or substantially similar to the IMPRESS ceiling fan packaging, a photo of which is attached hereto as Exhibit B;

(3) representing to any person or entity that Defendants have the right to reproduce, distribute, market, sell, transfer or publicly display Minka's Copyrighted Concept Packaging or any works derivative of Minka's Copyrighted Concept Packaging, as evidenced by U.S. Copyright Registration VA1-324-926, a copy of which is attached hereto as Exhibit C, and three photos of which are attached hereto as Exhibit D, unless such right is acquired lawfully from Minka;

(4) representing to any person or entity that Defendants are the creator, author or otherwise originated Minka's Copyrighted Concept Packaging or any work derivative of Minka's Copyrighted Concept Packaging, unless such works are created pursuant to rights acquired lawfully from Minka;

(5) advertising, selling, offering for sale and/or promoting any ceiling fan identical or substantially similar to the IMPRESS ceiling fan using any mark that is confusingly similar to Minka's "LIFETIME WARRANTY" & Design or

Baker & McKenzie LLP
Dallas, Texas

Case No ED CV 05-01015 SGL
[Proposed] Order Entering Stipulated Preliminary Injunction

HOUDMS/183189 1

1     "REMOTE CONTROL FULL FUNCTION" & Design Marks, a photo of

2     which is attached hereto as Exhibit E;

3

4     (6)    conspiring with any other person to commit any of the above prohibited acts;

5            and

6

7     (7)    attempting, causing, or assisting any of the above-described acts.

8     AGREED AS TO FORM AND
      SUBSTANCE:

9     LIGHT 'N LEISURE MASSACHUSETTS         LIGHT 'N LEISURE, INC.
      BUSINESS TRUST

10                                           By:

11    By:                                    Name: William Greenberg
      Name: William Greenberg               Title: President
12    Title: Trustee                         Date: 12/27/05
      Date: 12/27/05

13

14    _____             _____
      William Greenberg                     Sandra Canning
15    Individually                          Individually

16

17    _____             _____
18    Thomas Canning                        Paul Diperna
      Individually                          Individually

19    LIGHTNLEISURE.COM, LLC                MINKA LIGHTING, INC. and Jen-
                                            Lung David Tai
20    By:
      Name: William Greenberg               By:
21    Title: Partner
22    Date: 12/27/05                         Name:
                                            Title: PETER DEESY VPGM
23                                           Date: 12/28/05

24    IT IS SO ORDERED.

25    Date:

26

27                                  UNITED STATES MAGISTRATE JUDGE

28

      Baker & McKenzie LLP                          5                    Case No. ED CV 05-01015 BGL
      Dallas, Texas

1  "REMOTE CONTROL FULL FUNCTION" & Design Marks, a photo of

2  which is attached hereto as Exhibit E;

3

4  (6)  conspiring with any other person to commit any of the above prohibited acts;

5  and

6

7  (7)  attempting, causing, or assisting any of the above-described acts.

8  AGREED AS TO FORM AND
   SUBSTANCE:

9  LIGHT 'N LEISURE MASSACHUSETTS          LIGHT 'N LEISURE, INC.
   BUSINESS TRUST

10 By: _____                   By: _____

11 Name: william greenberg                 Name: william greenberg
   Title: Trustee                          Title: President

12 Date: 12|27|05                          Date: 12|27|05

13

14 _____                       _____
   William Greenberg                       Sandra Canning

15 Individually                            Individually

16

17 _____                       _____
   Thomas Canning                          Paul Diperna

18 Individually                            Individually

19 LIGHTNLEISURE.COM, LLC                  MINKA LIGHTING, INC. and Jen-
                                           Lung David Tai

20 By: _____
   Name: william greenberg                 By: _____

21 Title: Partner
   Date: 12|27|05                          Name: _____

22                                         Title: _____
                                           Date: _____

23

24 IT IS SO ORDERED.

25 Date: _____

26

27                                         _____
                                           UNITED STATES MAGISTRATE JUDGE

28

Baker & McKenzie LLP
Dallas, Texas

5

6

1    "REMOTE CONTROL FULL FUNCTION" & Design Marks, a photo of

2    which is attached hereto as Exhibit E;

3
4    (6)   conspiring with any other person to commit any of the above prohibited acts;

5          and

6
7    (7)   attempting, causing, or assisting any of the above-described acts.

8    AGREED AS TO FORM AND
     SUBSTANCE:

9    LIGHT 'N LEISURE MASSACHUSETTS          LIGHT 'N LEISURE, INC.
     BUSINESS TRUST
10                                           By:
11   By:_____             Name:_____
     Name:_____             Title:_____
12   Title:_____             Date:_____
     Date:_____

13
14   _____          _____
     William Greenberg                      Sandra Canning
15   Individually                           Individually

16
17   _____          _____
     Thomas Canning                         Paul Diperna
18   Individually                           Individually

19   LIGHTNLEISURE.COM, LLC                 MINKA LIGHTING, INC. and Jen-
                                            Lung David Tai
20   By:_____
     Name:_____             By:
21   Title:_____
     Date:_____             Name:_____
22                                          Title:_____
                                            Date:_____
23
24   IT IS SO ORDERED:

25   Date:_____

26
27                                 _____
                                   UNITED STATES MAGISTRATE JUDGE
28

                                   5

Case No. ED CV 05-01015 SGL
[Proposed] Order Entering Stipulated Preliminary Injunction

"REMOTE CONTROL FULL FUNCTION" & Design Marks, a photo of

which is attached hereto as Exhibit E;

(6)   conspiring with any other person to commit any of the above prohibited acts;

and

(7)   attempting, causing, or assisting any of the above-described acts.

AGREED AS TO FORM AND
SUBSTANCE:

LIGHT 'N LEISURE MASSACHUSETTS          LIGHT 'N LEISURE, INC.
BUSINESS TRUST

By: _____                            By: _____
Name: _____                      Name: _____
Title: _____                         Title: _____
Date: _____                        Date: _____

_____                                    _____
William Greenberg                                   Sandra Canning
Individually                                              Individually

_____                                    _____
Thomas Canning                                       Paul Diperna
Individually                                              Individually

LIGHTNLEISURE.COM, LLC                  MINKA LIGHTING, INC. and Jen-
                                                            Lung David Tai

By: _____                            By: _____
Name: _____
Title: _____                         Name: _____
Date: _____                        Title: _____
                                                            Date: _____

IT IS SO ORDERED.

Date: 1/4/06   _____

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

5

HOUDMS/183189.1

SCANNED

SCANNER



9

S.CANNED





Exhibit C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-324-926**

EFFECTIVE DATE OF REGISTRATION

**OCT 26 2005**

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

Title of This Work ▼

Concept Packaging

NATURE OF THIS WORK ▼ See Instructions

Artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a** NAME OF AUTHOR ▼

Minka Lighting, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ U.S.A.
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map               ☐ Technical drawing
☑ 2-Dimensional artwork      ☐ Photograph        ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map               ☐ Technical drawing
☑ 2-Dimensional artwork      ☐ Photograph        ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
2001
This information must be given
Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month November    Day 30    Year 2001
U.S.A.
Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Minka Lighting, Inc.
1151 West Bradford Court
Corona, California 92882

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT 26 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 26 2005
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Exhibit  C  Page  1  of  2

12

EXAMINED BY _____    FORM VA

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼       **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
See instructions
before completing
this space.
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼       Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Lisa H. Meyerhoff, Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201

Area code and daytime telephone number ( 214 ) 978-3035       Fax number ( 214 ) 978-3099

Email   lisa.meyerhoff@bakernet.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Minka Lighting, Inc.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lisa H. Meyerhoff       Date October 27, 2005

Handwritten signature (X) ▼

x _Lisa H Meyerhoff_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Lisa H. Meyerhoff, Baker & McKenzie LLP

Number/Street/Apt ▼
2300 Trammell Crow Center, 2001 Ross Avenue

City/State/ZIP ▼
Dallas, TX 75201

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⦿ Printed on recycled paper       U.S. Government Printing Office: 2003-496-605/60,029

13

Exhibit _C_ Page _2_ of _2_

*Exhibit D*

SCANNED



Concept II Flush

by minkaAire

14

SCANNED



15



SCANNED



3. Adhere pouch to front of package

### F518/519 Concept II Flush

**Features:**
- 52" or 44" 3-Concave Blade • 14° Blade Pitch
- Ideal for Low Ceiling Environments
- Total Hanging Depth 10 ½", With or Without Light
- Full Function Remote Control System Included
- Integrated Light - Uses 1-100W Med. Base Bulb (bulb not included)
- Cap Included For Non-light Use

### Limited Lifetime Warranty







INSTRUCCIONES Y GARANTIA EN ESPAÑOL INCLUIDOS ADENTRO.

**F519-BN**


Remote CONTROL FULL FUNCTION   Lifetime



Exhibit **E** Page 1 of 1

SCANNED

1  Kit M. Stetina (SBN 82,977)
2  Stephen Z. Vegh (SBN 174,713)
   STETINA BRUNDA GARRED & BRUCKER
3  75 Enterprise, Suite 250
   Aliso Viejo, CA 92656
4  Email: litigate@stetinalaw.com
5  Tel: (949) 855-1246
   Fax: (949) 855-6371
6  Attorneys for Defendants
   LIGHT 'N LEISURE MASSACHUSETTS
7  BUSINESS TRUST, WILLIAM GREENBERG,
   SANDRA CANNING, THOMAS CANNING,
8  LIGHT 'N LEISURE, INC.,
9  LIGHTNLEISURE.COM, LLC, AND PAUL
10 DIPERNA

11         IN THE UNITED STATES DISTRICT COURT

12         FOR THE CENTRAL DISTRICT OF CALIFORNIA

13
   MINKA LIGHTING, INC., et al          Case No. EDCV05-01015 SGL
14
15         Plaintiffs                   **DECLARATION OF WILLIAM**
                                        **GREENBERG IN SUPPORT OF**
16 vs.                                  **DEFENDANTS LIGHT 'N**
                                        **LEISURE MASSACHUSETTS**
17 RELIANCE LIGHTING, INC., et al,      **BUSINESS TRUST, WILLIAM**
                                        **GREENBERG, SANDRA**
18                                      **CANNING, THOMAS CANNING,**
19         Defendants                   **LIGHT 'N LEISURE, INC.,**
                                        **LIGHTNLEISURE.COM, LLC**
20                                      **AND PAUL DIPERNA'S**
                                        **OPPOSITION TO PLAINTIFFS'**
21                                      **MOTION FOR PRELIMINARY**
22                                      **INJUNCTION**
23 _____
24 AND RELATED COUNTERCLAIMS.           Date:    January 9, 2006
25                                      Time:    3:00 p.m.
                                        Dept:    Ctrm 1
26
27         I, William Greenberg, hereby declare as follows:
28
   Case No EDCV05-01015 SGL                    1
   DECLARATION OF WILLIAM GREENBERG IN SUPPORT OF DEFENDANTS LIGHT 'N LEISURE MASSACHUSETTS
   BUSINESS TRUST. WILLIAM GREENBERG, SANDRA CANNING, THOMAS CANNING, LIGHT 'N LEISURE. INC..
   LIGHTNLEISURE COM, LLC AND PAUL DIPERNA'S OPPOSITION TO PLAINTIFFS' MOTION F

18                                      Exhibit E  Page 1  of 3

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE (949) 855-1246, FACSIMILE (949) 855-6371

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE (949) 855-1246, FACSIMILE (949) 855-6371

1.  The matters set forth below are within my personal knowledge, and if called upon to testify thereto, I could and would do so competently and under oath.

2.  This Declaration is submitted in support of Light 'N Leisure Massachusetts Business Trust, William Greenberg, Sandra Canning, Thomas Canning, Light 'N Leisure, Inc., LightNLeisure.com, LLC and Paul Diperna's (collectively referred to hereinafter as "LNL") Opposition to Plaintiff Minka Lighting, Inc. and Jen-Lung David Tai's (hereinafter "Minka") motion for preliminary injunction.

3.  I am the President of Light 'N Leisure, Inc. I am also one of the owners of LightNLeisure.com, LLC.

4.  Light 'N Leisure, Inc. has been an authorized distributor of Minka Lighting, Inc. for the last 15 years.

5.  Light 'N Leisure, Inc. is a corporation duly organized and existing under the laws of the State of Massachusetts. Light 'N Leisure, Inc. has its principal place of business in the State of Massachusetts.

6.  On or about November 4, 2005, I was personally served with Minka's Complaint.

7.  The first time I became aware that Minka objected to the sale of the BSG "Impress" ceiling fan was upon being served with this lawsuit.

8.  The LNL Defendants have not purchased ceiling fans manufactured by or having any indication as having been manufactured or distributed by BSG other than the "Impress."

9.  On or about November 7, 2005, I requested LightNLeisure.com, LLC to immediately remove any and all references concerning the advertising, promotion, offer for sale, or sale of the BSG "Impress" ceiling fan from its website at www.lightnleisure.com. From approximately November 9, 2005 to the present, the LNL Defendants have not made, imported, used, offered for sale, sold, caused to be sold, or distributed the BSG "Impress" ceiling fan.

2

DECLARATION OF WILLIAM GREENBERG IN SUPPORT OF DEFENDANTS LIGHT 'N LEISURE MASSACHUSETTS BUSINESS TRUST, WILLIAM GREENBERG, SANDRA CANNING, THOMAS CANNING, LIGHT 'N LEISURE, INC., LIGHTNLEISURE COM, LLC AND PAUL DIPERNA'S OPPOSITION TO PLAINTIFFS' MOTION F

19

Exhibit F Page 2 of 3

10.    As part of an ongoing resolution of this matter, without admitting liability or wrongdoing, the LNL defendants have agreed not to make, import, use, reproduce, distribute, market, transfer, publicly display, offer for sale, or sell the BSG "Impress" ceiling fan, its attendant packaging, and associated designations and/or verbiage, during the pendency of this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22 day of December, 2005, at ___Danvers___, Massachusetts.

_____
William Greenberg, Declarant

T:\client Documents\lessu\001l\declaration of greenberg.doc

DECLARATION OF WILLIAM GREENBERG IN SUPPORT OF DEFENDANTS LIGHT 'N LEISURE MASSACHUSETTS

20                    Exhibit _F_ Page _3_ of _3_

## PROOF OF SERVICE

State of California      )
                         )  §.
County of Orange         )

I am over the age of 18 and not a party to the within action; my business address is STETINA BRUNDA GARRED & BRUCKER, 75 Enterprise, Suite 250, Aliso Viejo, California 92656.  On **December 29, 2005**, a copy of the attached **[PROPOSED] ORDER ENTERING STIPULATED PRELIMINARY INJUNCTION BETWEEN PLAINTIFF AND DEFENDANTS LIGHT 'N LEISURE MASSACHUSETTS BUSINESS TRUST, WILLIAM GREENBERG, SANDRA CANNING, THOMAS CANNING, LIGHT 'N LEISURE, INC., LIGHTNLEISURE.COM, LLC, AND PAUL DIPERNA** was served on all interested parties in this action by U.S. Mail, postage prepaid, at the address as follows:

| | |
|---|---|
| Lisa H. Meyerhoff<br>Baker & McKenzie LLP<br>2001 Ross Avenue, Suite 2300<br>Dallas, Texas 75201 | Attorneys for Plaintiffs, Minka Lighting Inc. and Jen-Lung David Tai |
| Pamela J. Wong<br>Baker & McKenzie LLP<br>101 West Broadway, 12th Floor<br>San Diego, CA 92101 | Attorneys for Plaintiffs, Minka Lighting Inc. and Jen-Lung David Tai |
| Thomas A. Cox<br>1397 W. Sunset Boulevard<br>St. George, Utah 84770 | |
| Phillip B. Philbin<br>Haynes & Boone<br>901 Main Street, Suite 3100<br>Dallas, TX 75202 | Attorneys for Defendants, Aloha Housewares, Inc. |
| Thomas C. Mundel<br>Marshall L. Brubacher<br>Mundell, Odlum & Haws, LLP<br>650 East Hospitality Lane, Suite 470<br>San Bernardino, CA 92408 | Attorneys for Defendants, Aloha Housewares Company Limited, Aloha Housewares, Liang Chou Pierce Wang, Thomas Blateri, and Teresa Blevins-Mize |

1  Michael D. Pegues                    Attorneys for Defendants, Reliance Lighting, Inc.
   Munsch Hardt Kopf & Harr, P.C.
2  3800 Lincoln Plaza
   500 N. Akard Street
3  Dallas, TX 75201-6659

4
   Blue Sky Global
5  Rampur Road, Yasmin Garden
   Marodabad, India
6  Uttar Pradesh, India 244001

7

8          Executed on **December 29, 2005**, at Aliso Viejo, California.  I declare under penalty of perjury

9  that the above is true and correct.  I declare that I am employed in the office of Stetina Brunda Garred

10 & Brucker at whose direction service was made.

11

12

13                                          Kimberly Carlsen

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246, FACSIMILE: (949) 855-6371