S E N D

FILED
CLERK, U.S. DISTRICT COURT

MAY 2 3 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINKA LIGHTING INC., | CASE NUMBER |
| Plaintiff(s), | EDCV 05-1015-FMC(SGLx) |
| v. | |
| RELIANCE LIGHTING INC., | **NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER** |
| Defendant(s). | |

TO:   ALL COUNSEL APPEARING OF RECORD:


Magistrate Judge Larson having been appointed as a district judge in this district, is no longer available to hear discovery or settlement matters, accordingly,

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. Magistrate Judge and in accordance with the rules of this Court, the above-entitled case has been returned to the Clerk for reassignment.

Accordingly, this case has been reassigned to:

☐   Hon. _____ , U.S. District Judge for all further proceedings.

▶   Hon.   **CAROLYN TURCHIN** _____ , Magistrate Judge for:

   ▶   any discovery or settlement matters that may be referred.

   ☐   for all further proceedings in accordance with General Order 194.


Please substitute the initials of Magistrate Judge Parada so that the new case number will read:

### EDCV 05-1015-FMC(CTx).

This is very important because documents are routed by the initials.

CLERK U.S. DISTRICT COURT

By _____
T. Saunders, Deputy Clerk

146

G-74 (7/03)        **NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER**

ENTERED ON CM 5/24/06