LODGED

ORIGINAL

1  Shannon D. Sweeney, State Bar No. 204868
   Email: shannon.d.sweeney@bakernet.com
2  **BAKER & MCKENZIE LLP**       2007 APR 30 PM 1:30
   101 West Broadway, Twelfth Floor
3  San Diego, CA 92101-3890        CLERK, U.S. DISTRICT COURT
   Telephone +1 619 235-7770       CENTRAL DIST. OF CALIF.
4  Facsimile +1 619 236 0429              LOS ANGELES

                                          BY _____ mm _____

5  Lisa H. Meyerhoff, (admitted *pro hac vice*)
   E-mail: lisa.meyerhoff@bakernet.com
6  Texas Bar No. 14000255
   **BAKER & MCKENZIE LLP**
7  2300 Trammell Crow Center
   2001 Ross Avenue
8  Dallas, TX 75201
   Telephone +1 214 978 3035
9  Facsimile +1 214 978 3099

10 Todd Y. Brandt *(admitted pro hac vice)*
   Email: todd.brandt@bakernet.com
11 Texas Bar No. 24027051
   Valerie K. Friedrich *(admitted pro hac vice)*
12 Email: valerie.k.friedrich@bakernet.com
   Texas Bar No. 00790721
13 **BAKER & MCKENZIE LLP**
   Pennzoil Place, South Tower
14 711 Louisiana, Suite 3400
   Houston, TX 77002-2746
15 Telephone: +1 713 427 5000
   Facsimile: +1 713 427 5099
16
   Attorneys for Plaintiffs
17 Minka Lighting, Inc. and David Tai

18 Kit M. Stetina, California State Bar No.82,977
   Stephen S. Vegh, California State Bar No. 174,713      BY FAX
19 Email: litigate@stetinalaw.com
   **STETINA BRUNDA GARRED & BRUCKER**
20 75 Enterprise, Suite 250
   Aliso Viejo, CA 92656
21 Telephone 949 855 1246                   ED CV 05- 1015 FMC (CTx)
   Facsimile 949 855 6371
22
   Attorneys for Defendants Light 'N' Leisure Mass.
23 Bus. Trust, William Greenberg, Sandra Canning,
   Thomas Canning, Light 'N' Leisure, Inc.,
24 LightNLeisure.com, LLC, and Paul Diperna



DOCKETED ON CM
MAY - 7 2007
BY

25
26
27
28

Baker & McKenzie LLP
San Diego, CA

HOUDMS/206332.1

1

Case No. ED CV 05-01015 FMC (CTx)
[Proposed] Order of Dismissal with Prejudice

180

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Minka Lighting, Inc. and Jen-Lung David Tai,<br><br>Plaintiffs,<br><br>v.<br><br>Reliance Lighting, Inc. et al.,<br><br>Defendants. | Case No. ED CV 05-01015 FMC (CTx)<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>Date: May 21, 2007<br>Time: 10:00 a.m.<br>Judge: Florence-Marie Cooper |

Having considered Plaintiffs Minka Lighting, Inc. and Jen-Lung David Tai's (collectively "Plaintiffs") and Defendants Light 'N Leisure Massachusetts Business Trust, William Greenberg, Sandra Canning, Thomas Canning, Light 'N Leisure, Inc., LightNLeisure.com and Paul Diperma's (collectively the "Light 'N Leisure Defendants") Joint Motion for Dismissal with Prejudice, the Court concludes that the Joint Motion for Dismissal should be GRANTED.

It is therefore ORDERED that Plaintiffs' claims against the Light 'N Leisure Defendants are dismissed with prejudice.

It is further ORDERED that the Light 'N Leisure Defendants' claims against the Plaintiffs are dismissed with prejudice.

It is further ORDERED that the parties are to bear their own costs, expenses, and attorneys' fees.

It is further ORDERED that all relief not expressly granted is denied.

1 | It is further ORDERED that the Court retains jurisdiction over the parties to
2 | enforce the parties' Settlement Agreement.

Date May 2, 2007

Florence-Marie Cooper
United States District Judge

## CERTIFICATE OF SERVICE BY MAIL

I am a citizen of the United States and employed in Harris County, Texas. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 711 Louisiana, Suite 3400, Houston, Texas 77002. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On April 27, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

in a sealed envelope, postage fully paid, addressed as follows:

Kit M. Stetina
Stephen Z. Vegh
Stetina Brunda Garred & Brucker
75 Enterprise, Ste 250
Aliso Viejo, CA 92656

| | |
|---|---|
| Phillip B. Philbin | Michael D. Pegues |
| Haynes & Boone | Munsch Hardt Kopf & Harr, P.C. |
| 901 Main Street, Suite 3100 | 3800 Lincoln Plaza |
| Dallas, TX 75202 | 500 N. Akard Street |
| | Dallas, Texas 75201-6659 |

On April 27, 2007, I placed with this firm at the above address for deposit with United States Mail, First Class Airmail, a true and correct copy of the within document(s):

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

in a sealed envelope, addressed as follows:

| | |
|---|---|
| Liang Chou Wang | |
| Aloha Housewares Co., Ltd. | Aloha Housewares Co., Ltd. |
| No. 46, Alley 26, Lane 667 | No. 46, Alley 26, Lane 667 |
| Chung Shan Road | Chung Shan Road |
| Shing Kong Hsiang | Shing Kong Hsiang |
| Taichung Hsien, Taiwan | Taichung Hsien, Taiwan |

|   |   |
|---|---|
| 1 | Following ordinary business practices, the envelope was sealed and placed for |
| 2 | collection and mailing on this date, and would, in the ordinary course of business, be |
| 3 | deposited with the United States Postal Service on this date. |
| 4 | I declare that I am employed in the office of a member of the bar of this Court |
| 5 | at whose direction the service was made. |
| 6 | Executed on April 27, 2007, at Harris County, Texas. |

*Millie S. Weiss*