1  Shannon D. Sweeney, State Bar No. 204868
   Email:  shannon.d.sweeney@bakernet.com
2  **BAKER & MCKENZIE LLP**
   101 West Broadway, Twelfth Floor
3  San Diego, CA  92101-3890
   Telephone  +1 619 235-7770
4  Facsimile   +1 619 236 0429

5  Lisa H. Meyerhoff (admitted *pro hac vice*)
   Texas Bar No. 14000255
6  Email:  lisa.meyerhoff@bakernet.com
   **BAKER & MCKENZIE LLP**
7  2300 Trammell Crow Center
   2001 Ross Avenue
8  Dallas, TX  75201
   Telephone  +1 214 978 3035
9  Facsimile   +1 214 978 3099

10 Myall S. Hawkins (admitted *pro hac vice*)
   Texas Bar No. 09250320
11 Email:  myall.hawkins@bakernet.com                  JS-6
   Valerie K. Friedrich (admitted *pro hac vice*)
12 Texas Bar No. 00790721
   Email:  valerie.k.friedrich@bakernet.com
13 Todd Y. Brandt (admitted *pro hac vice*)
   Texas Bar No. 24027051
14 Email:  todd.brandt@bakernet.com
   **BAKER & MCKENZIE LLP**
15 Pennzoil Place, South Tower
   711 Louisiana, Suite 3400          NOTE: CHANGES MADE BY THE COURT
16 Houston, TX  77002-2746
   Telephone: +1 713 427 5000
17 Facsimile:  +1 713 427 5099

18 Attorneys for Plaintiffs
   Minka Lighting, Inc. and Jen-Lung David Tai
19
                  UNITED STATES DISTRICT COURT
20                CENTRAL DISTRICT OF CALIFORNIA
                       WESTERN DIVISION
21

22 MINKA LIGHTING, INC. and JEN-        Case No. **5:05-cv-01015-FMC-CTx**
   LUNG DAVID TAI,
                                         [~~PROPOSED~~] **FINAL**
23            Plaintiffs,                **JUDGMENT**

24       v.

25 RELIANCE LIGHTING, INC., ET AL,

26            Defendants.

27

28

Baker & McKenzie LLP
Pennzoil Place, South
Tower
711 Louisiana, Suite 3400
Houston, TX  77002

                                    1

HOUDMS/228651.2

1   Plaintiffs Minka Lighting, Inc. and Jen-Lung David Tai (collectively
2   "Plaintiffs"), Defendants Reliance Lighting, Inc. ("Reliance") and Thomas Cox
3   ("Cox") (collectively "the Reliance Defendants"), and Defendant Aloha Housewares
4   Co., Ltd. ("Aloha Taiwan") are the remaining parties to the above suit.  Plaintiffs and
5   the Reliance Defendants have agreed to settlement terms as stated in an executed
6   settlement agreement ("Settlement Agreement"), an entry of Judgment against
7   Defendant Reliance, and a permanent injunction in favor of Plaintiffs against Reliance
8   and Cox.  On April 23, 2008, the Court granted, on all claims, Defendant Aloha
9   Taiwan's Motion for Summary Judgment.  ~~filed a motion for summary judgment as to~~
10  ~~Plaintiffs' claims, which was granted on April 23, 2008~~.  The Court having granted
11  Plaintiffs and Defendant Reliance's request for an agreed judgment, a permanent
12  injunction for Plaintiffs as to the Reliance Defendants, and having previously granted
13  summary judgment for Defendant Aloha Taiwan, enters Final Judgment as to all
14  remaining parties and claims. It is therefore,

15  ORDERED, ADJUDGED and DECREED that Plaintiffs Minka Lighting, Inc.
16  and Jen-Lung David Tai shall have judgment against Reliance Lighting, Inc. for the
17  sum of $500,000 in statutory damages under the Patent Act, 35 U.S.C. § 271, the
18  Copyright Act, 17 U.S.C. §§ 101, et seq., the Lanham Act, 15 U.S.C. §§ 1125, et seq.,
19  and the Cal. Bus. & Prof. Code §17200, et seq. and §17500, et. seq., in accordance
20  with the terms of the Settlement Agreement agreed to by the Reliance Defendants.  It
21  is further,

22  ORDERED, ADJUDGED and DECREED that Reliance Lighting, Inc., Thomas
23  Cox, together with their officers, directors, employees, agents, attorneys and all others
24  acting in concert or participation with them who receive actual notice of this Order are
25  permanently enjoined from the following acts:

26  1.   directly or indirectly making, importing, using, offering for sale, selling,
27       causing to be sold, or in any way distributing any ceiling fan that is identical or
28       substantially similar to Plaintiffs' CONCEPT II ceiling fan, including without

limitation, the IMPRESS ceiling fan or any other colorable imitation of the CONCEPT II ceiling fan (a photo of which is attached as Exhibit 1);

2.     reproducing, distributing, marketing, advertising, selling, transferring, publicly displaying or otherwise distributing any packaging identical or confusingly similar to the CONCEPT II  ceiling fan's packaging (photos of which are attached as Exhibit 2), including, without limitation, the IMPRESS ceiling fan;

3.     representing to any person or entity that Reliance has the right to reproduce, distribute, market, sell, transfer or publicly display Minka's Copyrighted Concept Packaging or any works derivative of Minka's Copyrighted Concept Packaging, as evidenced by U.S. Copyright Registration VA1-324-926 (a copy of which is attached as Exhibit 3), unless such right is acquired lawfully from Minka;

4.     representing to any person or entity that Reliance is the creator, author or otherwise originated Minka's Copyrighted Concept Packaging or any work derivative of Minka's Copyrighted Concept Packaging, unless such works are created pursuant to rights acquired lawfully from Minka;

5.     advertising, selling, offering for sale and/or promoting any ceiling fan identical or substantially similar to the CONCEPT II ceiling fan, including without limitation the IMPRESS ceiling fan, and using any mark that is confusingly similar to Minka's "LIFETIME WARRANTY" & Design or "REMOTE CONTROL FULL FUNCTION" & Design Marks (photos of which are attached as Exhibit 4).

6.     conspiring with any other person or entity to commit any of the above-prohibited acts; and

7.     attempting, causing, or assisting any of the above-described acts.

The Court further ORDERS that this Permanent Injunction Order is in full force and effect until the expiration or termination of the following design patents, utility patent, copyright and/or trademark rights owned by Plaintiffs: United States Design

Baker & McKenzie LLP
Houston

HOUDMS/228651.2

EDCV05-1015 FMC (CTx)
[Proposed] Final Judgment

Patent Nos. D478,974 entitled "Combination Fan and Light Fixture; D478,980 entitled "Ceiling Fan Blade Assembly"; and D478,654 entitled "Ceiling Fan Blade"; United States Patent No. 6,059,531 entitled "Impeller and Fan Blade Attachment Assembly"; U.S. Copyright Registration No. VA 1-324-926 entitled "Concept Packaging"; and Minka's "LIFETIME WARRANTY" & Design and "REMOTE CONTROL FULL FUNCTION" & Design trademarks. It is further,

ORDERED, ADJUDGED and DECREED that Plaintiffs shall have all writs of execution and other process necessary to enforce this judgment against Reliance Lighting, Inc., and permanent injunction against Reliance Lighting, Inc. and Thomas Cox, and the Court shall retain jurisdiction over this matter, and Plaintiffs and the Reliance Defendants for the purpose of enforcing this Judgment. It is further,

ORDERED, ADJUDGED and DECREED that Plaintiffs shall take nothing as to Defendant Aloha Housewares Co., Ltd.  It is further,

ORDERED, ADJUDGED and DECREED that Defendant Aloha Housewares Co., Ltd.  is awarded its taxable costs of court. It is further,

ORDERED, ADJUDGED and DECREED that every other party shall pay its own taxable costs of court.  It is further,

////

////

////

////

////

////

////

////

////

////

////

Baker & McKenzie LLP
Houston

HOUDMS/228651.2

EDCV05-1015 FMC (CTx)
[Proposed] Final Judgment

ORDERED, ADJUDGED and DECREED that all other relief not expressly granted herein is denied.

IT IS SO ORDERED on this 13th day of May, 2008.

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM ONLY**

BAKER & MCKENZIE LLP

By: /s/ Lisa H. Meyerhoff
    Shannon D. Sweeney
    Lisa H. Meyerhoff
    Myall S. Hawkins
    Todd Y. Brandt
    Valerie K. Friedrich

Attorneys for Plaintiffs
Minka Lighting, Inc. and Jen-Lung David Tai

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE BY MAIL

I am a citizen of the United States and employed in Harris County, Texas.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Pennzoil Place, South Tower, 711 Louisiana, Suite 3400, Houston, Texas  77002-2746.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  On April 30, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

## [PROPOSED] FINAL JUDGMENT

in a sealed envelope, postage fully paid, addressed as follows:

Michael D. Pegues
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659

Phillip B. Philbin
Haynes & Boone
901 Main Street, Suite 3100
Dallas, TX 75202

Executed on April 30, 2008, at Houston, Texas.

/s/ Lisa H. Meyerhoff

EDCV05-1015 FMC (CTx)
[Proposed] Final Judgment

HOUDMS/228651.2