Form 1

FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

# Name of United States District Court for the
Central District of California

Case Number EDCV 05-1015 FMC (CTx)

Minka Lighting, Inc., et al., Plaintiff,

v.  **NOTICE OF APPEAL**

Aloha Housewares Co. Ltd., Defendant.

Notice is hereby given that Minka Lighting, Inc. and Jen-Lung David Tai (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment & Order re MSJ* (from the final judgment) ((from an order) (describe the order)) entered in this action on May 13, 2008 (date).

*May 13, 2008 Final Judgment and April 23, 2008 Order Granting Defendant Aloha Housewares Co.'s Motion for Summary Judgment

/s/ Lisa H. Meyerhoff
(Signature of appellant or attorney)

Lisa H. Meyerhoff (admitted pro hac vice)
Baker & McKenzie LLP
711 Louisiana, Suite 3400, Houston, TX 77002
(Address of appellant or attorney)

(713) 427-5005 telephone
(713) 427-5099 facsimile
Email: Lisa.Meyerhoff@bakernet.com

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

1 | Shannon D. Sweeney, State Bar No. 204868
Email: shannon.d.sweeney@bakernet.com
2 | **BAKER & MCKENZIE LLP**
101 West Broadway, Twelfth Floor
3 | San Diego, CA  92101-3890
Telephone  +1 619 235-7770
4 | Facsimile   +1 619 236 0429

5 | Lisa H. Meyerhoff (admitted *pro hac vice*)
E-mail: lisa.meyerhoff@bakernet.com
6 | Texas Bar No. 14000255
**BAKER & MCKENZIE LLP**
7 | 2300 Trammell Crow Center
2001 Ross Avenue
8 | Dallas, TX  75201
Telephone  +1 214 978 3035
9 | Facsimile   +1 214 978 3099

10 | Myall S. Hawkins, (admitted *pro hac vice*)
Texas Bar No. 09250320
11 | Email: myall.hawkins@bakernet.com
Todd Y. Brandt (admitted *pro hac vice*)
12 | Email: todd.brandt@bakernet.com
Texas Bar No. 24027051
13 | Valerie K. Friedrich (admitted *pro hac vice*)
Email: valerie.k.friedrich@bakernet.com
14 | Texas Bar No. 00790721
**BAKER & MCKENZIE LLP**
15 | Pennzoil Place, South Tower
711 Louisiana, Suite 3400
16 | Houston, TX  77002-2746
Telephone: +1 713 427 5000
17 | Facsimile:  +1 713 427 5099
Attorneys for Plaintiffs
18 | Minka Lighting, Inc. and David Tai

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Minka Lighting, Inc. and Jen-Lung David Tai, | Case No.  ED CV 05-01015 FMC (CTx) |
| Plaintiffs, | **PLAINTIFF MINKA LIGHTING, INC. AND JEN-LUNG DAVID TAI'S REPRESENTATIVE STATEMENT** |
| v. | |
| Reliance Lighting, Inc. et al., | |
| Defendants. | |
| | Hon. Judge Florence-Marie Cooper |

1

The undersigned represents Plaintiffs Minka Lighting, Inc. and Jen-Lung David Tai in this matter and no other party. Below is a service list that shows all of the parties to the action and identifies their counsel by name, email, firm, address, telephone and facsimile number.

Attorneys for Plaintiffs Minka Lighting, Inc. and Jen-Lung David Tai:

Lisa H. Meyerhoff (admitted *pro hac vice*)

Email: lisa.meyerhoff@bakernet.com

BAKER & MCKENZIE LLP

2300 Trammell Crow Center

2001 Ross Avenue

Dallas, TX  75201

Telephone  +1 214 978 3035

Facsimile   +1 214 978 3099


Shannon D. Sweeney

Email:  shannon.d.sweeney@bakernet.com

BAKER & MCKENZIE LLP

101 West Broadway, Twelfth Floor

San Diego, CA  92101-3890

Telephone  +1 619 235-7770

Facsimile   +1 619 236 0429

1 | Myall S. Hawkins (admitted *pro hac vice*)
2 | Email:  myall.hawkins@bakernet.com
3 | Todd Y. Brandt (admitted *pro hac vice*)
4 | Email:  todd.brandt@bakernet.com
5 | Valerie K. Friedrich (admitted *pro hac vice*)
6 | Email:  valerie.k.friedrich@bakernet.com
7 | BAKER & MCKENZIE LLP
8 | Pennzoil Place, South Tower
9 | 711 Louisiana, Suite 3400
10 | Houston, TX  77002-2746
11 | Telephone:  +1 713 427 5000
12 | Facsimile:   +1 713 427 5099

Attorneys for Defendants Aloha Housewares Co. Ltd.

Phillip B. Philbin
Email:  phillip.philbin@haynesboones.com
Haynes & Boone
901 Main Street, Suite 3100
Dallas, TX 75202
Telephone:  214 651 5684
Facsimile:  214 200 0672

Attorneys for Defendants Reliance Lighting, Inc. and Thomas Cox

    Michael D. Pegues

    Email:  michael.pegues@bgllp.com

    Bracewell & Guiliani LLP

    1445 Ross Avenue, Suite 3800

    Dallas, Texas 75202-2711

    Telephone:   214 468 3800

    Facsimile:  214 468 3888

## CERTIFICATE OF SERVICE BY MAIL

I am a citizen of the United States and employed in Houston, Harris County, Texas. I am over the age of eighteen years and not a party to the within-entitled action. My office address is 711 Louisiana, Suite 3400, Houston, Texas 77002. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 12, 2008 I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

### PLAINTIFFS' NOTICE OF APPEAL

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Phillip B. Philbin | Michael D. Pegues |
| Haynes & Boone | Bracewell & Guiliani LLP |
| 901 Main Street, Suite 3100 | 1445 Ross Avenue, Suite 3800 |
| Dallas, TX 75202 | Dallas, Texas 75202-2711 |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 12, 2008, at Houston, Harris County, Texas.

/s/ Lisa H. Meyerhoff