# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT



RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 1 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2008-1419

MINKA LIGHTING, INC. and JEN-LUNG DAVID TAI,

                Plaintiffs-Appellants,

v.

RELIANCE LIGHTING, INC. and THOMAS COX,

                Defendants-Appellees,

and

ALOHA HOUSEWARES COMPANY LIMITED,
LIANG CHOU PIERCE WANG, and FRANK BLATERI,

                Defendants-Appellees.

Appeal from the United States District Court for the Central District of California in case no. 05-CV-01015, Judge Florence-Marie Cooper.

# O R D E R

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

*Jan Horbaly*/jp

Jan Horbaly
Clerk

08/13/08

cc: Clerk's Office, DCT
Lisa H. Meyerhoff
Phillip B. Philbin, Benjamin G. Shatz

**ISSUED AS A MANDATE:** 08/13/08

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 3 2008

JAN HORBALY
CLERK

MINKA LIGHTING V RELIANCE LIGHTING, 2008-1419
DCT - 5:05-CV-01015

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By [signature] Date: 8/13/08